ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| | | |
|---|---|---|
| VICTORIA A. COLÓN McFARLAND Y CARLOS M. COLÓN NEGRÓN<br><br>Recurridos<br><br>v.<br><br>UBER TECHNOLOGIES, ET. AL.<br><br>Peticionarios | KLCE202500177 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2024CV04185<br><br>Sobre: Daños y Perjuicios |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero, el Juez Campos Pérez y el Juez Sánchez Báez

Sánchez Báez, Juez Ponente

### RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de mayo de 2025.

Atendido el *Aviso de Desistimiento* presentado el 13 de mayo de 2025 por la parte peticionaria, se declara **con lugar** la solicitud de desistimiento, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83(A). Consecuentemente, se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante la Orden Administrativa DJ 2024-062C emitida el 6 de mayo de 2025, se enmendó la constitución de los paneles del Tribunal de Apelaciones.

Número Identificador

RES2025_____